# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KERWIN L. DAVIS, | * |
| Plaintiff, | * |
| vs. | *   Civil Action No.: CV-05-479 |
| BLAKE TURMAN, | * |
| Defendant. | * |

## NOTICE OF REMOVAL

Pursuant to 28 USC 1446(a), defendant Alabama State Trooper Blake Turman files herewith copies of all process, pleadings, and orders that have been served upon defendant in Civil Action Number CV-2005-160, in the Circuit Court of Covington County, Alabama, which said action has now been removed to this Court.

## GROUNDS FOR REMOVAL

This action was filed in the Circuit Court of Covington County, Alabama, pro se by Kerwin L. Davis, alleging certain violations of his constitutional rights under various causes of action.

In what could be characterized in the usual sense as a "count," pro se plaintiff in his paragraph 2 very clearly alleges violations of his Fourth Amendment rights averring specifically excessive use of force, torture and cruel and unusual punishment by this defendant in an incident involving the arrest of the plaintiff on or about July 2, 2003, in Covington County, Alabama.

Plaintiff also makes vague averments referencing "Article 3 of the U.N. Code of Conduct..." and also "Article 5 of the Universal Declaration of Human Rights Code of Conduct...".

Plaintiff in his paragraph 3 or alleges both negligent and wanton conduct against this defendant.

Plaintiff in his paragraph 4, alleges that "all of the defendant's actions violated 42 USC §1983 and 42 USC §1985".

Plaintiff then sets out specific physical damages and asks for attorneys fees pursuant to 42 USC §1988 and asks for punitive damages and trial by jury.

This Court has original jurisdiction pursuant to 28 USC 1331 and 28 USC 1367, and as such, this action is removable pursuant to 28 USC 1441(a).

Plaintiff's Complaint alleges damages and claims arising under the <u>Constitution of the United States of America</u>, and as such, makes this case removable pursuant to 28 USC 1441(b).

The entire case is removable pursuant to 28 USC 1441(c) and 28 USC 1367.

Respectfully submitted,

/s Neal P. Conner_____
ASB-2024-N56N
nconner@dps.state.al.us
Attorney for Defendant
Department of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511
(334) 242-4392
(334) 242-0894 FAX

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Kerwin L. Davis DC# 183555
Walton Correctional Institution
691 WWII Veterans Lane
Defuniak Springs, Florida 32433

                                                    s/ Neal P. Conner_____