AVS0350    **COPY SERVE ON DEFENDANT**    ALABAMA JUDICIAL DATA CENTER
COVINGTON    COUNTY
SUMMONS

CV 2005 000160.00
CHARLES A. SHORT

IN THE CIRCUIT COURT OF COVINGTON COUNTY

KERVIN L DAVIS VS BLAKE TURMAN

SERVE ON: (D001)

SSN: 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                                          PLAINTIFF'S ATTORNEY

TURMAN BLAKE
AL STATE TROOPER OFFICE

EVERGREEN    ,AL    36401-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

(✓) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 06/29/2005                  CLERK: ROGER A POWELL
                                  1K NORTH COURT SQUARE
                                  ANDALUSIA    AL    36420
                                  (334)428-2520

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
    (RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
    COMPLAINT TO _____
    IN _____ COUNTY, ALABAMA ON (DATE) _____

_____          _____
DATE                              SERVER SIGNATURE

_____          _____
SERVER ADDRESS                    TYPE OF PROCESS SERVER

OPERATOR: DES
PREPARED: 06/29/2005

CLERK OF THE COURT
TWENTY-SECOND JUDICIAL CIRCUIT
COVINGTON COUNTY COURTHOUSE
1K-NORTH COURT SQUARE
ANDALUSIA, ALABAMA 36420


MR. KERWIN L. DAVIS
183555 / F-1-112L
WALTON CORRECTIONAL INSTITUTION
691 WORLD WAR II VETERANS LANE
DEFUNIAK SPRINGS, FL 32433


RE: LETTER EXPLAINING DELAY ON SIX (6) MONTH
    INMATE BANK STATEMENT.

FILED IN OFFICE
JUN 2 0 2005
[signature]
CLERK

DEAR CLERK OF COURT

I SUBMITTED A REQUEST FOR MY PREVIOUS SIX (6) MONTH'S INMATE BANK STATEMENT TO SUBMITT WITH MY MOTION FOR WAIVER OF PREPAYMENT OF COURT COSTS AND FINANCIAL AFFIDAVIT OF INSOLVENCY. THERE IS A DELAY HERE AT THE INSTITUTION IN FOREWARDING ME THAT (6) MONTH STATEMENT. I WILL FOREWARD THE COURT IN COVINGTON COUNTY, ALABAMA, WITH MY PREVIOUS SIX (6) MONTH STATEMENT, AS SOON AS I RECEIVE IT. THANK YOU VERY MUCH.

SINCERELY
Kerwin L. Davis

IN THE CIRCUIT COURT OF THE
__22ND__ JUDICIAL CIRCUIT
IN AND FOR __COVINGTON__
COUNTY, ALABAMA

__BLAKE TUAMAN (A.S.T.)__
__ALABAMA STATE TROOPERS DEPARTMENT__
Defendant,

v.                                                    CIVIL _____

__KERWIN L. DAVIS__
Plaintiff,

## MOTION FOR WAIVER OF PREPAYMENT OF COURT COSTS AND FINANCIAL AFFIDAVIT OF INSOLVENCY

The Defendant, __KERWIN L. DAVIS__, pro se, pursuant to __ANY APPLICABLE STATUTES IN THE STATE OF ALABAMA__ respectfully moves this Honorable Court, to permit filing of the above entitled action, and any and all subsequent actions regarding this case without prepayment of fees, costs or giving securities therefore, based upon this party's sworn statement herein.

__KERWIN L. DAVIS__ offers himself up to the court for further examination of any other further evidence this Court may deem satisfactory, and as to the inability to pay, to certify this party indigent for purposes of this action. In support the Motion for Waiver of Prepayment of Court Cost and Financial Affidavit of Insolvency would show the following:

FILED IN OFFICE

JUN 2 0 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing instrument, Motion for Waiver of Prepayment of Court Costs and Affidavit of Insolvency, has been furnished to:

1) CLERK OF COURT
TWENTY-SECOND JUDICIAL CIRCUIT
COVINGTON COUNTY COURTHOUSE
1-K - NORTH COURT SQUARE
ANDALUSIA, ALABAMA 36420

by placing same in the U.S. Mail, within the confine of Walton Correctional Institution, this 16th day of June, 2005

Kerwin L. Davis
KERWIN L. DAVIS
DC# 183555 / F-1-112L
Walton Correctional Institution
691 World War II Veterans Lane
DeFuniak Springs, Florida 32433

## NOTARIZED OATH

Before me, the undersigned authority, personally appeared, Kerwin Davis, on this 16th day of June, 199̶ 2005, and having produced his Department of Corrections Identification Card, after being duly sworn and/or affirms, says he is the defendant in the above entitled action and that he has personal knowledge of the facts and matters set forth in the **Financial Affidavit of Insolvency,** and that each of these facts and matters are true and correct.

{SEAL}

Notary: Lila Ann Clark
Commission #DD289634
Expires: Mar 21, 2008
Bonded Thru
Notary, Printed Name

FILED IN OFFICE
JUN 2 0 2005
CLERK

# IN THE CIRCUIT COURT IN AND FOR COVINGTON COUNTY, AL

Provided to Walton CI
On 6/16/a for Mailing
    Date
Inmate's Initials K.D.

KERWIN L. DAVIS
  PLAINTIFF
     VS

BLAKE TURMAN (A.S.T.)
ALABAMA STATE TROOPERS DEPARTMENT
    DEFENDANTS

CIVIL ACTION

FILED IN OFFICE
JUN 2 0 2005

## COMPLAINT

1) DEFENDANT'S ARE EMPLOYEE'S OF COUNTY AND STATE GOVERNING BODIES, ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF ALABAMA HEREAFTER CALLED THE STATE, CITY, AND COUNTY.

2) ON OR ABOUT THE 2ND DAY OF JULY 2003, DEFENDANT, ACTING IN HIS CAPACITY AS [BLAKE TURMAN ALABAMA STATE TROOPER] FOR THE STATE OF ALABAMA, IN THE CITY OF ANDALUSIA, HIGHWAY 55, COVINGTON COUNTY, UNLAWFULLY DEPRIVED, KERWIN L. DAVIS OF HIS LEGAL RIGHTS GUARANTEED TO HIM BY THE CONSTITUTION AND LAWS OF THE UNITED STATE'S IN THEIR USE OF EXCESSIVE FORCE, TORTURE, CRUEL AND UNUSUAL PUNISHMENT, VIOLATING PLAINTIFF'S 4TH AMENDMENT RIGHT TO BE FREE FROM THE USE OF EXCESSIVE FORCE, ARTICLE 3 OF THE U.N. CODE OF CONDUCT FOR LAW ENFORCEMENT OFFICIAL'S, WHICH PROVIDES THAT: "LAW ENFORCEMENT OFFICIALS SHOULD USE FORCE ONLY WHEN STRICTLY NECESSARY AND TO THE EXTENT REQUIRED FOR THE PERFORMANCE OF THEIR DUTY", AND ARTICLE 5 OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS, CODE OF CONDUCT FOR LAW ENFORCEMENT OFFICIALS

1

WHICH PROHIBITS TORTUE AND OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT, AND 42 U.S. CODE, SECTION 1983 THE FEDERAL CIVIL STATUE, WHICH STATES,

"ANY PERSON WHO, UNDER COLOR OF ANY STATUE, ORDINANCE, REGULATION, CUSTOM, OR USAGE, OF ANY STATE OR TERRITORY OR THE DISTRICT OF COLUMBIA, SUBJECTS OR CAUSES TO BE SUBJECTED, ANY CITIZEN OF THE UNITED STATES OR OTHER PERSON WITHIN THE JURISDICTION THEREOF TO THE DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR IMMUNITIES SECURITY BY THE CONSTITUTION AND LAWS, SHALL BE LIABLE TO THE PARTY INJURED IN AN ACTION AT LAW, SUIT IN EQUITY, OR OTHER PROPER PROCEEDINGS FOR REDRESS.

FILED IN OFFICE
JUN 2 0 2005

3) ALABAMA STATE TROOPER BLAKE TURMAN'S NEGLIGENT AND WANTON CONDUCT WAS DONE UNDER COLOR OF STATE LAW, AND NOT PURSUANT TO AN OFFICIAL POLICY OF THE CITY, COUNTY, AND STATE, OR PURSUANT TO A CUSTOM OR PRACTICE ENDORSED OR APPROVED BY THE CITY, COUNTY, AND STATE. FURTHERMORE THE DEFENDANT'S NEGLIGENT AND WANTON CONDUCT WERE OUTSIDE THE SCOPE OF QUALIFIED AND STATUTORY IMMUNITY WHICH PROTECTS CITY, COUNTY, AND STATE LAW ENFORCEMENT OFFICER'S FROM LIABILITY WHO ACT WITHIN THEIR "DISCRETIONARY AUTHORITY, IF THEIR CONDUCT VIOLATES NO "CLEARLY ESTABLISHED STATUTORY OR CONSTITUTIONAL RIGHTS OF WHICH A REASONABLE PERSON WOULD HAVE KNOWN.

7

4) ALL OF THE DEFENDANT'S ACTIONS VIOLATED 42 U.S.C. § 1983 AND 42 U.S.C. § 1985.

5) PLAINTIFF WAS DAMAGED AND INJURED BY THE DEFENDANT'S NEGLIGENT AND WANTON CONDUCT AND DAMAGE AND INJURIES WERE AND ARE AS FOLLOWS:

A) SEVERE SWELLING TO THE LEFT SIDE OF PLAINTIFF'S FACIAL AREA IN FRONT OF PLAINTIFF'S LEFT TEMPLE AND ON THE SIDE OF PLAINTIFF'S LEFT EYE.

B) OPEN ABRASION ON THE BONE SOCKET ON THE LEFT SIDE OF PLAINTIFF'S LEFT EYE.

C) BLURED VISION IN PLAINTIFF'S LEFT EYE,

D) OPEN WOUND ON THE LEFT SIDE ON THE TOP OF PLAINTIFF'S SKULL AS A RESULT OF A BLOW FROM A HARD DARK OBJECT,

E) PERMINANT DISFIGUREMENT ON THE LEFT SIDE OF PLAINTIFF'S LEFT EYE RIGHT BY PLAINTIFF'S LEFT TEMPLE AREA AS A RESULT OF SEVERAL HARD KICKS TO THAT AREA FROM THE BOOTS OF STATE TROOPER TURMAN,

F) SWELLING TO THE RIGHT SIDE THIGH AREA OF PLAINTIFF DUE TO A KICK BY STATE TROOPER TURMAN

G) MONTH'S OF SEVERE PAIN AND SUFFERING

H) EMOTIONAL DISTRESS AND MENTAL ANGUISH FROM RACIAL SLURS BY STATE TROOPER TURMAN WHILE HE WAS ADMINISTERING USE OF EXCESSIVE FORCE, TORTURE, AND ABUSE.

I) 85% NERVE DAMAGE IN PLAINTIFF'S EYES, DIAGNOSED BY DOCTOR BENNETT (OPTHALMOLOGIST) AS A RESULT

FILED IN OFFICE
JUN 20 2005
CLERK

2

OF THE SEVERE BEATING AND BLOWS TO THE HEAD AREA

5) PLAINTIFF HAS BEEN TAKING HIGH BLOOD PRESSURE MEDICATION (CLONIDINE) FOR THE FIRST TIME IN PLAINTIFF'S LIFE, SINCE JULY 2ND, 2003 AS A RESULT OF THE SEVERE TRAUMA PLAINTIFF EXPERIENCED FROM THE TORTURE, ABUSE, AND EXCESSIVE FORCE.

6) PLAINTIFF CLAIMS ATTORNEY'S FEE'S AND EXPENSES OF THE DEFENDANT'S PURSUANT TO 42 U.S.C. § 1988.

7) BECAUSE OF THE NEGLIGENT, WANTON, WILLFULL, GROSS AND OPPRESSIVE CONDUCT OF THE DEFENDANT, THE PLAINTIFF CLAIMS PUNITIVE DAMAGES OF THE DENFENDANTS.

WHEREFORE, PLAINTIFF DEMANDS JUDGEMENT AGAINST DEFENDANT'S IN THE SUM OF FIFTY MILLION ($50,000,000) DOLLARS, PLUS ATTORNEY FEES.

PLAINTIFF ALSO DEMANDS A TRIAL BY JURY OF PLAINTIFF'S PEERS AS SET FORTH IN THE CONSTITUTION OF THE UNITED STATES OF AMERICA.

FILED IN OFFICE

JUN 2 0 2005

*[signature]*
CLERK

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING "DOCUMENT" AND THAT THE FACTS STATED IN IT ARE TRUE AND CORRECT.

/S/ Kerwin L. Davis

KERWIN LEARNED DAVIS DC#183555
WALTON CORRECTIONAL INSTITUTION
691 WW II VETERANS LANE
DEFUNIAK SPRINGS, FL 32433
DORM-# F-1-112L

SWORN AND SUBSCRIBED BEFORE ME THIS 16th DAY OF June 2005

_____
NOTARY PUBLIC

Lila Ann Clark
Commission #DD289634
Expires: Mar 21, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

FILED IN OFFICE
JUN 2 0 2005

Roy A. _____
CLERK

5

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT A TRUE AND CORRECT COPY OF THE FOREGOING "CIVIL COMPLAINT", HAS BEEN FURNISHED BY UNITED STATES MAIL THIS 16th DAY OF June 2005, TO THE FOLLOWING:

/s/ Kerwin L. Davis
KERWIN LEARNED DAVIS #A-183555

1) CLERK OF COURT
TWENTY-SECOND JUDICIAL CIRCUIT
COVINGTON COUNTY COURTHOUSE
1K-NORTH COURT SQUARE
ANDALUSIA, ALABAMA 36420

FILED IN OFFICE
JUN 2 0 2005
Royal A. [signature]
CLERK

/.