JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Kerwin L. Davis

### DEFENDANTS
Blake Turman

(b) County of Residence of First Listed Plaintiff: Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Covington Co., Alabama
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Se, DC #183555, Walton Correctional Institution,
691 WWII Veterans Lane, Defuniak Springs, Florida 32433

Attorneys (If Known)
Neal P. Conner, Alabama Department of Public Safety,
301 South Ripley Street, Montgomery, Alabama 36104

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
☒ 440 Other Civil Rights

## V. ORIGIN
☒ 2 Removed from State Court

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 42 U.S.C. 1983
Brief description of cause: Excessive use of force during an arrest

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 50,000,000.00
JURY DEMAND: ☒ Yes

DATE: August 11, 2005
SIGNATURE OF ATTORNEY OF RECORD: [signed] Neal P. Conner