# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

KERWIN L. DAVIS,
  PLAINTIFF,

VS.

CIVIL ACTION NO: CV-05-479

BLAKE TURMAN (A.S.T.)
MIKE WAMBLES (RESERVE DEPUTY)
THOMAS HUGGINS (RESERVE DEPUTY)

## PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER

COME NOW, PLAINTIFF KERWIN L. DAVIS, PRO-SE REPLIES TO THE ANSWERS OF DEFENDANT'S GENERAL DENIAL AS FOLLOWS:

## 1) DEFENDANT'S FIRST AFFIRMATIVE DEFENSE

PLAINTIFF CLAIMS DEFENDANT'S ARE GUILTY OF COMPLAINT AND HAS PHOTO'S OF THE INJURIES, HOSPITAL RECORDS, AND A COPY OF NEWS ARTICLE WITH DEFENDANT (BLAKE TURMAN) STATING THAT HE WAS "NEVER IN ANY DANGER", AS STRICT PROOF THAT THEIR MALICIOUS AND RECKLESS CONDUCT AND ACTIONS VIOLATED CLEARLY ESTABLISHED 8TH AMENDMENT AND 4TH AMENDMENT RIGHTS OF THE PLAINTIFF, IN WHICH A REASONABLE PERSON WOULD HAVE KNOWN. (SEE EXHIBIT #A-C).

PROVIDED TO AVON PARK CORRECTIONAL INSTITUTION ON 13 Oct 05 FOR MAILING, K.D.

## 2) SECOND AFFIRMATIVE DEFENSE

PLAINTIFF CLAIMS THAT BY LAW THE DEFENDANT'S ARE NOT ENTITLED TO ABSOLUTE IMMUNITY BECAUSE ABSOLUTE IMMUNITY ONLY APPLIES TO LAW ENFORCEMENT OFFICIALS WHO ("ACT WITHIN THE SCOPE OF OFFICIAL DUTIES IF THE CONDUCT IS DISCRETION—ARY IN NATURE; IN ADDITION COURT MUST WEIGH GOVERNMENT INTEREST AGAINST POSSIBLE HARM TO INDIVIDUALS; OTHER—WISE NO IMMUNITY").

PLAINTIFF CLAIMS THAT DEFENDANT'S MALICIOUS AND RECKLESS CONDUCT WAS CLEARLY OUTSIDE OF THE SCOPE OF ABSOLUTE IMMUNITY, THEREFORE PLAINTIFF ASSERTS THAT DEFENDANT'S DO NOT QUALIFY FOR THAT DEFENSE.

## 3) THIRD AFFIRMATIVE DEFENSE

AT THE TIME THE INCIDENT OCCURED, TURMAN AND THE OTHER DEFENDANT'S KNEW THAT PLAINTIFF'S CONSTITUTIONAL RIGHT'S TO THE 8TH AMENDMENT AND 4TH AMENDMENT WERE BEING VIOLATED. PLAINTIFF HAS DEMONSTRATED WITH THE PHOTO'S AND BY THE NATURE OF THE INJURIES SUSTAINED, THAT DEFENDANT'S DO NOT QUALIFY FOR COMMON LAW QUALIFIED IMMUNITY. THE MANNER IN WHICH PLAINTIFF'S RIGHTS WAS VIOLATED WAS THAT TURMAN VICIOUSLY AND MALICIOUSLY KICKED THE PLAINTIFF SEVERAL TIMES WITH EXTREME FORCE, IN PLAINTIFF'S HEAD AND FACIAL AREA, BESIDE THE LEFT SIDE EYE SOCKET, 1/8 OF AN INCH FROM HIS TEMPLE. TURMAN ALSO PUNCH PLAINTIFF NEAR THAT SAME AREA AT LEAST TWICE WITH HIS FIST, WHICH FELT LIKE A HARD OBJECT WAS IN HIS HAND. (SEE EXHIBIT #A).

PLAINTIFF WAS ALSO HIT ON THE TOP LEFT SIDE OF HIS HEAD WAS A HARD OBJECT, WHICH LEFT A GASH (OPEN WOUND) ON THE TOP OF HIS HEAD (SEE PHOTO'S), AND HOSPITAL RECORDS SHOWING THE SAME. (SEE (EXHIBIT #A, C).

2

THE BLOW TO THE TOP OF PLAINTIFF'S HEAD CAME FROM ONE OF TWO (2) RESERVE SHERIFF'S DEPUTIES, MIKE WAMBLES AND/OR THOMAS HUGGHINS, WHO WERE HOLDING PLAINTIFF DOWN WHILE HE WAS IN HANDCUFFS, AS (TURMAN) WAS ADMINISTERING THE BRUTAL AND UNLAWFULL USE OF EXCESSIVE FORCE. DEFENDANTS EXCERCISED A BLATANT DISREGARD FOR THE PROTECTION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS, AS WELL AS PLAINTIFF'S SAFETY AND WELL BEING.

## 4) FOURTH AFFIRMATIVE DEFENSE

PLAINTIFF CLAIMS THAT DEFENDANTS ARE NOT ENTITLED TO COMMON LAW DISCRETIONARY FUNCTION IMMUNITY BECAUSE PLAINTIFF HAS SHOWN THAT DEFENDANTS MALICIOUS ACTIONS WERE DISCRETIONARILY UNREASONABLE.

## 5) FIFTH AFFIRMATIVE DEFENSE

DEFENDANTS CLAIM AS TO ENTITLEMENT TO STATUTORY LAW ENFORCEMENT IMMUNITY UNDER CODE OF ALABAMA 1975, AS AMENDED, § 6-5-338 ET SEQ, CAN NOT BE ADDRESSED BY PLAINTIFF DUE TO HIS PRESENT INCARCERATION IN THE FLORIDA DEPART-MENT OF CORRECTIONS. PLAINTIFF HAS NO ACCESS TO ALABAMA RULES OF COURT, AND/OR ALABAMA RULES OF CIVIL PROCEDURE.

## 6) SIXTH AFFIRMATIVE DEFENSE

PLAINTIFF CLAIMS THAT ALL OF HIS CLAIMS ARE NOT BARRED BY THE STATUE OF LIMITATIONS BECAUSE ALABAMA'S STATUE OF LIMITATIONS FOR CIVIL ACTION IS TWO (2) YEARS. THE INCIDENT IN QUESTION TOOK PLACE ON JULY 2ND, 2003. PLAINTIFF FILED COMPLAINT ON JUNE 16TH, 2005, WITHIN THE WINDOW PERIOD OF THE TWO (2) YEAR TIME LIMIT.

# 7) SEVENTH AFFIRMATIVE DEFENSE

PLAINTIFF HAS SHOWN THAT DEFENDANT'S RECKLESS ACTIONS VIOLATED HIS 4TH AND 8TH AMENDMENT RIGHTS, AND AS A RESULT OF THE DELIBERATE INDIFFERENCE, PLAINTIFF IS ENTITLED TO TO RECOVER PUNITIVE AND OTHER DAMAGES, AS A MATTER OF LAW.

# 8) EIGTH AFFIRMATIVE DEFENSE

PLAINTIFF CHALLENGES DEFENDANTS CLAIM THAT PUNITIVE DAMAGES ARE NOT RECOVERABLE AGAINST THE DEFENDANTS. PLAINTIFF HAS SHOWN THE THREE (3) ELEMENTS IT TAKES TO PROVE ENTITLEMENT TO PUNITIVE DAMAGES;

1) THAT THE VIOLATION OF HIS RIGHTS WAS WILLFUL OR MALICIOUS;

2) THAT AN INTENTIONAL ACT BY THE DEFENDANT WAS CARRIED OUT IN GROSS DISREGARD OF PLAINTIFF'S RIGHTS; AND/OR

3) RECKLESS DISREGARD BY THE DEFENDANT OF WHETHER OR NOT HIS ACTIONS VIOLATED THE PLAINTIFF'S RIGHTS.

THEREFORE, PLAINTIFF CLAIMS THAT PUNITIVE DAMAGES ARE RECOVERABLE AGAINST THE DEFENDANT'S.

# 9) NINTH AFFIRMATIVE DEFENSE

THE ASSERTION BY THE DEFENDANT'S THAT THE STATE OF ALABAMA AND/OR IT'S AGENCY, THE STATE OF ALABAMA DEPARTMENT OF PUBLIC SAFETY, ARE ENTITLED TO ABSOLUTE IMMUNITY FROM ANY AND ALL CLAIMS HOLD NO BASIS IN PLAINTIFF'S CLAIM, BECAUSE PLAINTIFF IS SUING EMPLOYEE DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES.

4

## 10) TENTH AFFIRMATIVE DEFENSE

PLAINTIFF AGAIN ASSERTS THAT THE ALABAMA DEPARTMENT OF PUBLIC SAFETY'S EMPLOYEE'S ARE LIABLE BECAUSE PLAINTIFF IS SUING DEFENDANTS IN THEIR INDIVIDUAL AND/OR OFFICIAL CAPACITIES AND IS NOT CLAIMING THAT ANY ALABAMA DEPARTMENT OF PUBLIC SAFETY DIRECTORS OR SUPERVISORS BE NAMED IN THE CLAIM AS DEFENDANT'S.

## 11) ELEVENTH AFFIRMATIVE DEFENSE

PLAINTIFF'S CLAIMS AGAINST DEFENDANTS ARE NOT BARRED BY THE 11TH AMENDMENT TO THE U.S.C., BECAUSE PLAINTIFFS CLAIMS ARE IN THE DEFENDANTS INDIVIDUAL CAPACITIES.

## 12) TWELFTH AFFIRMATIVE DEFENSE

DEFENDANT'S ALLEGE THAT PLAINTIFF'S ACTS OF NEGLIGENCE ON HIS OWN PART CONTRIBUTED TO AND CAUSED ANY INJURIES AND DAMAGES THAT PLAINTIFF SUSTAINED. THAT DEFENSE BY THE DEFENDANTS IS UNCORROBERATED DUE TO THE FACT THAT PLAINTIFF WAS NOT CHARGED WITH BATTERY ON A LAW ENFORCEMENT OFFICIAL OR RESISTING ARREST WITH VIOLENCE. AS IT IS PLAIN TO SEE IN THE EVIDENCE THAT PLAINTIFF HAS PRODUCED (PHOTO'S, HOSPITAL RECORDS, NEWS ARTICLE), WHICH DEFENDANT'S DEMANDED AS STRICT PROOF OF COMPLAINT, DEMONSTRATE'S THAT THE HEINOUS AND GROSS INJURIES THAT PLAINTIFF SUSTAINED, COULD NOT HAVE BEEN CAUSED BY THE PLAINTIFF HIMSELF, AS THE DEFENDANT'S CLAIM.

# CONCLUSION

1) PLAINTIFF WOULD LIKE TO PLEAD TO THE HONORABLE COURT, THAT IF THE COURT HAS A PROBLEM WITH CLARIFYING IN WHAT CAPACITY THE PLAINTIFF IS SUING THE DEFENDANTS, PLAINTIFF REQUEST THAT THE HONORABLE COURT RESERVE HIM THE OPTION OF AMENDING THE COMPLAINT, IN THAT PLAINTIFF WOULD NOT BE BARRED BY THE STATUE OF LIMITATIONS.

2) PLAINTIFF FURTHER CONCLUDES THAT ALL CLAIMED DEFENDANTS ARE GUILTY TO THE EXTENT:

A) THE EXCESSIVE FORCE, TORTURE, RECKLESS DISCRETION, AND CRUEL AND UNUSUAL FORCE, ADMINISTERED BY DEFENDANT (TURMAN), WAS FAR BEYOND THE SCOPE OF HIS DUTY, SUBJECTING PLAINTIFF TO MONTHS OF SEVERE PAIN AND SUFFERING, AND MENTAL ANGUISH, AS A RESULT OF THE MALICIOUS BEATING THAT THE PLAINTIFF RECEIVED, AS THE EVIDENCE PLAINTIFF PRESENTED CLEARLY DEMONSTRATE. DEFENDANT (TURMAN) DEMONSTRATED A BLATANT DISREGARD FOR PLAINTIFF'S CONSTITUTIONAL RIGHTS, SAFETY, AND WELL BEING, BY KICKING PLAINTIFF WITH EXTREME FORCE TO HIS HEAD AND FACIAL AREA SEVERAL TIMES. WITH (TURMANS) TRAINING AS A LAW ENFORCEMENT OFFICIAL, (TURMAN) IS WELL AWARE THAT THE HEAD AREA IS A VERY FRAGILE AREA, AND IT TAKES ONLY MINIMAL FORCE TO THAT AREA TO BE POTENTIALLY DEADLY AND HARMFULL. AGAIN (TURMAN) DEMONSTRATED ABSOLUTELY NO CONCERN FOR THE DAMAGE HE MIGHT CAUSE THE PLAINTIFF, AT WHICH (TURMAN) KNEW AT THAT TIME HE WAS ILLEGALLY VIOLATING PLAINTIFF'S 4TH AND 8TH AMENDMENT RIGHTS, AND VIOLATING THE RULES AND PROCEDURES OF THE SCOPE OF HIS DUTIES AS A LAW ENFORCEMENT OFFICIAL.

**B)** **DEFENDANT MIKE WAMBLES** IS LIABLE AS A DEFENDANT IN PLAINTIFF'S CLAIM, BY HOLDING PLAINTIFF DOWN WHILE TURMAN APPLIED EXCESSIVE FORCE AND TORTURE TO THE PLAINTIFF. DEFENDANT (WAMBLES) MADE NO ATTEMPT TO TRY TO PREVENT, OR RESTRAIN (TURMAN) FROM VIOLATING PLAINTIFF'S CLEARLY ESTABLISHED 4TH AND 8TH AMENDMENT RIGHTS.

POLICE OFFICERS, UNLIKE CIVILIANS, HAVE AN AFFIRMATIVE DUTY TO ENFORCE THE LAW. THAT DUTY INCLUDES AN OBLIGATION TO PREVENT FELLOW OFFICERS FROM COMMITTING ILLEGAL ACTIONS. AN OFFICER WHO IS IN A POSITION TO PREVENT ANOTHER OFFICER FROM VIOLATING THE PLAINTIFF'S CONSTITUTIONAL RIGHTS, BUT FAILS TO DO SO, IS JOINTLY LIABLE.

DEFENDANT (WAMBLES) WAS IN A POSITION TO PREVENT (TURMAN) FROM VIOLATING PLAINTIFF'S CONSTITUTIONAL RIGHTS, BUT ELECTED **NOT TO** DO SO. THEREFORE, BY CIVIL LAW (WAMBLES) IS JOINTLY LIABLE

**B)** **DEFENDANT THOMAS HUGGHINS** WHO ALSO ASSISTED IN HOLDING PLAINTIFF DOWN ON THE GROUND, WHILE (TURMAN) WAS ADMINISTERING THE EXCESSIVE FORCE, AND TORTURE, WHILE PLAINTIFF WAS HANDCUFFED, IS LIABLE IN THE SAME MANNER AS DEFENDANT WAMBLES. (SEE 2 B).

**3)** PLAINTIF CANNOT ASSERTAIN WHICH OF THE TWO (2) RESERVE SHERIFF'S DEPUTIES ADMINISTERED THE UNREASONABLE BLOW TO THE TOP LEFT SIDE OF PLAINTIFF'S HEAD, WITH A BLUNT **OBJECT**, LEAVING A GASH ON THE TOP OF PLAINTIFF'S HEAD. (SEE PHOTO).

AS PLAINTIFF HAS EXPLAINED, HE WAS FACE DOWN ON HIS STOMACH, WITH THE TWO (2) RESERVE DEPUTIES ON HIS BACK. WHEN THE LETHAL BLOW WAS ADMINISTERED.

4) PLAINTIFF AGAIN ASSERTS THAT THERE IS NOTHING IN THE CHARGING DOCUMENTS ON JULY 2ND, 2003, THAT JUSTIFIES DEFENDANTS USING EXCESSIVE FORCE, AND TORTURING PLAINTIFF, VIOLATING PLAINTIFF'S CLEARLY ESTABLISHED CONSTITUTIONAL RIGHTS, OF WHICH A REASONABLE PERSON WOULD HAVE KNOWN. PLAINTIFF WAS CHARGED WITH RESISTING ARREST (NO VIOLENCE), AND ATTEMPTED ASSAULT. THE ATTEMPTED ASSAULT DOES NOT STATE WHO THE ATTEMPT WAS ALLEGEDLY ON. (SEE CHARGING DOCUMENTS **EXHIBIT #D** ).

PLAINTIFF HAS A CONSTITUTIONAL RIGHT TO BE PROTECTED, EVEN IF HE FLEED FROM LAW ENFORCEMENT OFFICIALS. IT WAS UNLAWFULL AND BEYOND THE SCOPE OF THE DEFENDANT'S DUTIES, TO RECKLESSLY USE DISCRETION IN ADMINISTERING EXCESSIVE FORCE ON PLAINTIFF, TORTURING PLAINTIFF, SUBJECTING PLAINTIFF TO PAIN AND SUFFERING, MENTAL ANGUISH, AND VERBAL ABUSE, JUST BECAUSE HE RAN. TURMAN'S EXACT WORDS WHEN HE STARTED THE ASSAULT WAS "YOU NIGGER, YOU TRIED ME," YOU NIGGER, YOU TRIED ME." AT THAT POINT TURMAN'S EMOTION'S TOOK CONTROL AND HE ACTED OUTSIDE OF THE SCOPE OF HIS LAWFUL DUTIES.

5) FINALLY, PLAINTIFF IS IN THE PROCESS OF ACQUIRING AN SWORN AFFIDAVIT FROM THE INDIVIDUAL WHO TOOK THE PHOTO-GRAPH'S, AUTHENTICATING THE PHOTOGRAPHS ON THE DAY AND TIME THAT THEY WERE TAKEN.

`UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING "DOCUMENT" AND THAT THE FACTS STATED IN IT ARE TRUE AND CORRECT.

SWORN AND SUBSCRIBED
BEFORE ME THIS ___13___ DAY
OF _October_____ 2005

/s/ Kerwin L. Davis

KERWIN LEARNED DAVIS DC# 183555
AVON PARK CORRECTIONAL INSTITUTION
P.O. BOX 1100
AVON PARK, FL 33826-1100
DORM # B-1-206U

_____
NOTARY PUBLIC

C. Joyner
Commission #DD318560
Expires: May 11, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT A TRUE AND CORRECT COPY OF THE FOREGOING "REPLY TO DEFENDENTS ANSWER", HAS BEEN FURNISHED BY UNITED STATES MAIL THIS 13TH DAY OF OCTOBER 2005, TO THE FOLLOWING:

/S/ Kerwin L. Davis

KERWIN LEARNED DAVIS #183555

NEAL P. CONNER
ATTORNEY FOR DEFENDANT
DEPARTMENT OF PUBLIC SAFETY
LEGAL UNIT
P.O.BOX 1511
MONTGOMERY, ALABAMA 36102-1511

# EXHIBIT









# EXHIBIT

B

# rooper injured after routine traffic stop

**RIS WISMER**
*Opp News*

t began as a minor violation ended with ama State Trooper and a Ft. dale man in the on County Jail 1,509,000 bond.

per Blake Turman patrol duty in ia July 2 at 10:45 d stopped the car of Kerwin Learned Davis, 44 of Ft. Lauderdale on Highway 55 and the bypass.

Davis stopped his car, but fled on foot as Trooper Turman approached the vehicle. Trooper Turman immediately began to pursue the fleeing suspect "up, down, and around" a ditch located near the roadway.

The trooper's injury occurred when during the pursuit he "planted his foot one way and his body went the other."

In a conversation with Trooper Turman he said the extent of his knee injury was still not known, but he was slated for an MRI sometime this week. "As far as what the actual injury is all I can say is I blew out my knee."

At some point during the chase, Turman asked for officer assistance and all available law enforcement officers converged on the scene and aided in apprehending the suspect.

At some point a "double O" (officer down, need all possible assistance) went out over the radios, but Turman said he was never in any danger and wasn't exactly sure how that call got out.

Turman said he personally wanted to thank everyone who came to his aid, including Reserve Sheriff's Deputies Mike Wambles and Thomas Hugghins who were the first on the scene.

At presstime Turman was resting at home and awaiting information on what type of treatment will be done to his knee.

Davis was released Andalusia Reg Hospital Monday and to the Covington Co Jail where he was cha with attempted ass possession of drug phernalia, resisting a and driving under the i ence.

Bond was set $1,509,000, and he ren in the Covington Jail.

# EXHIBIT

# C

ANDALUSIA REGIONAL HOSPITAL
P.O. Box 760
ANDALUSIA, AL 36420

Date of Service: 07/03/03
Date of Discharge: 07/07/03
Patient Name: DAVIS,KERWIN LEARNED
Attending Physician: McCalman,David M
MR#: D000102059     ACCT#: D00099618092
DOB: 06/28/59       ROOM#: D.235
SS#: 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

DISCHARGE SUMMARY REPORT

PRIMARY DIAGNOSIS
Hypertensive urgency/cocaine ingestion.

SECONDARY DIAGNOSIS
1  Contusion of the left temple with secondary infection.
2  Contusion of the thigh.
3  Blurred vision.
4  Borderline troponins.
5  Hypertension/Left ventricular hypertrophy.

PROCEDURES
Expression of purulent drainage from the wound, left temple.

CONSULTATIONS
1  Dr. Agro.
2  Dr. Bennett.
3  Dr. Bayrd.

HISTORY AND PHYSICAL
Please see dictated H and P.

HOSPITAL COURSE
The patient was admitted on the morning of his arrest.  At that time, he had
quite an elevated blood pressure and was tachycardic.  He was given a number
of antihypertensives and also Ativan and Demerol.  He had an improvement in
his blood pressure, but actually became hypotensive.  .  It was far down at
80s.  He was given Narcan and Romazicon, and he had improvement in his blood
pressure and his mentation.  When I saw him in the morning in the emergency
room, he did answer questions, later on became less responsive, but again
after the Demerol and Romazicon that improved, and by the afternoon, he was
answering questions well appropriately again, and he seemed to be much more
clear mentally.  While in the hospital, he developed infection in the
abrasion/small laceration at the left temple.  He was placed on Ancef and then
Timentin.  He was seen by Dr. Agro for evaluation of this.  He denied other
medical problems.  He had x-rays of the facial bones, also CT scans of the
head x 2, and CT scan of the facial bones.  All these were negative for
fracture.  He did have a second CT scan on the day he was admitted because of
decreased responsiveness, which again improved after the Romazicon and Narcan,
but which were prior to the CT scan, but this was obtained anyway because of
the problem.  Again it was negative for intracranial hemorrhage or other
problem.  He was also found to have a contusion on his thigh, which was
x-rayed, and at the time of discharge it was not bothering him.  He complained
of some blurred vision, and he was seen by the ophthalmologist Dr. Bennett.
Dr. Bennett placed him on Voltaren drops.  He had some borderline troponins,
these were consistent, and there was no significant elevation of CPK despite
the fact that his total CK was elevated.

ANDALUSIA REGIONAL HOSPITAL
P.O. Box 760
ANDALUSIA, AL 36420

Date of Service: 07/03/03
Date of Discharge: 07/07/03
Patient Name: DAVIS,KERWIN LEARNED
Attending Physician: McCalman,David M
MR#: D000102059     ACCT#: D00099618092
DOB: 06/28/59      ROOM#: D.235
SS#: 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

### DISCHARGE SUMMARY REPORT

He was seen by a cardiologist for his borderline troponins and EKG changes. The cardiologist simply sent him back on Lopressor, clonidine, and Maxzide. The patient denied any history of hypertension, but given his EKG changes and his blood pressures here, I suspect he has some underlying hypertension that he was unaware of. His Lopressor was discontinued because of bradycardia. I am going to continue his clonidine. I am going to change his Maxzide to 37.5/25 one everyday. Today, when I saw him, he was doing well, looked much better than when I saw him initially just in terms of his mental function, otherwise. Apparently, again there was a good bit of swelling and some purulent drainage from the wound on his left temple, but this looked much better than it was described to me, so I think he just probably had significant improvement. I talked to him about discharging him today, and he was agreeable with that. I am going to try to find about whether the cardiologist and ophthalmologist recommended any followup for him, and we will arrange any of that, and then discharge him to primary care physician of his choice.

DISPOSITION
The patient, after we found out the above, will be discharged. He is currently under arrest, and I suspect he will have to go back to jail.

DISCHARGE MEDICATIONS
Keflex 500 mg t.i.d. for 10 days, Maxzide 37.5/25 mg 1 everyday, clonidine 0.2 mg 1 b.i.d., aspirin 1 every day, Voltaren ophthalmic drops 0.1% one drop in the left eye q.i.d., and Bactroban ointment 2% apply t.i.d.

FOLLOWUP
As above.

TETANUS STATUS
He is certain that his last tetanus shot was well within the last 10 years and probably less than 5 years. I told him that if there was any question about this, we will repeat it, but he tells me today that he is certain that he is correct.

MEDICAL RECORD NUMBER: 000102059

David Mccalman, MD
920478 / 33230 / 29707
D: 07/07/2003 07:38
T: 07/07/2003 10:21

ANDALUSIA REGIONAL HOSPITAL
P.O. BOX 760
ANDALUSIA, AL 36420

Date of Service: 07/03/03
Patient Name: DAVIS, KERWIN LEARNED
Attending Physician: McCalman, David M
MR#: D000102059          ACCT#: D00099618092
DOB: 06/28/59           ROOM#: D.235
SS#: 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

PROGRESS NOTE

bony injury.
3  Plan to put Bactroban to the left parietal area.
4  We will not use any antihypertensive medications at the present, but I have
asked the patient to follow up with a physician regarding rechecking his blood
pressure as an outpatient.
5  The patient's neurologic exam is normal presently.  I have recommended that
the patient follow up with a maxillofacial surgeon regarding the facial
swelling.  He also needs to have a followup regarding his blood pressure.


        Reid Kerr, MD
900747 / 33456 /
D:  07/04/2003 11:27
T:  07/04/2003 13:24

ANDALUSIA REGIONAL HOSPITAL
P.O. BOX 760
ANDALUSIA, AL 36420

Date of Service: 07/03/03
Patient Name: DAVIS, KERWIN LEARNED
Attending Physician: McCalman, David M
MR#: D000102059          ACCT#: D00099618092
DOB: 06/28/59           ROOM#: D.235
SS#: 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

PROGRESS NOTE

PROGRESS NOTE DATE:

SUBJECTIVE
He says he is doing better. He is not having any blurred vision today. The
pain in the right thigh is better, and the pain in the left temporal area has
improved.

OBJECTIVE
Vital signs are reviewed, and his blood pressure is 132/78 with a pulse of 48.
He is afebrile. Respiratory rate is 20. On examination, the wound in the
left side of the face and the left temporal area is improved from yesterday.
There is no associated erythema. There appears to be an area of devitalized
tissue that is about 2 x 2 cm. The pupils are equal, round, and reactive to
light. There is no evidence of ecchymosis in the left eye today, and there is
no evidence of subconjunctival hemorrhage today. The pinnae are without
lesions. There is no hemotympanum. The oropharynx is clear, and he is able
to open his mouth without difficulty. The neck is supple, and there is no
tenderness. The lungs are clear in all lung fields, and the heart has regular
rate and rhythm. The abdomen is soft, nontender, and nondistended.
Extremities show no edema, and there is only minimal tenderness in the
inferior aspect of the right thigh, anteriorly. Full range of motion in the
right hip, left hip, right knee, and left knee.

LABORATORY DATA
The hemoglobin, this morning, is 14.0 with a white blood cell count of 5700.
The sodium is 139 and potassium 3.9. The chloride is 104 with a $CO_2$ of 30.
The BUN is 8 and creatinine 1.1. The AST is 27, and the ALT is 31.
Laboratory is reviewed from yesterday showing normal hemoglobin, normal white
count, and normal electrolytes and hepatic enzymes and renal function.
Magnesium was 2.1 from July 3, 2003.

- I discussed the patient's eye examination with Dr. Bennett. He felt that
there was some very mild retinal edema that he wanted to recheck in about 2
weeks. The patient today is complaining of no blurred vision.

Regarding the patient's bradycardia, I planned to hold the Lopressor, and we
will continue with Maxzide and clonidine at present.

Concerning wound infection in the left side of the face, I have discussed this
with Dr. Agro of otolaryngology. He will address the issue surgically. The
possibility of removing devitalized tissue in the region of the wound was
discussed with him. I could express no purulent discharge today but did
express purulent discharge yesterday. Wound cultures are pending. The
patient had been on Ancef prior to starting the Timentin. I will now

ANDALUSIA REGIONAL HOSPITAL
P.O. BOX 760
ANDALUSIA, AL 36420

Date of Service: 07/03/03
Patient Name: DAVIS,KERWIN LEARNED
Attending Physician: McCalman,David M
MR#: D000102059          ACCT#: D00099618092
DOB: 06/28/59            ROOM#: D.235
SS#: 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

PROGRESS NOTE

discontinue the Ancef and continue with Timentin.

Also, we will Hep-Lock IV today.

_____
     Reid Kerr, MD
913329 / 33112 /
D:  07/06/2003 09:54
T:  07/06/2003 12:25

© 1996 - 2002 T System, Inc. Circle or check positives, backslash (\) negatives

03

## Andalusia Regional Hospital

# EMERGENCY PHYSICIAN RECORD
## Facial or Head Injury (4)

TIME SEEN: 1015  ROOM: 4  ___ EMS Arrival

☐ SEEN (ALSO) BY NP / PA

HISTORIAN: (patient) __spouse __paramedics  POLICEMEN

AGE  44  (M)/ F  RACE  B

__HX / __EXAM LIMITED BY: _____

**HPI**  **chief complaint:**  **injury to:**
(head) (face) mouth / lip / chin / nose  __neck

**time course:**
(still present) __better
__gone now

(pain intermittent / lasting) ___
__worse / persistent since ___

**occurred:**
(just prior to arrival)
__today
__yesterday
___ days PTA

**where:**
__home  __school
__neighbor's  __city park
__work  (street)

**context:**
__fell  __direct blow  __incised wound  __stab wound  __burn
ALTERCATION C STATE TROOPER

**severity:**  __mild __moderate (severe)
**pain level:** current: 10 /10  max: 10 /10

**LOC?**  __no  (dazed) __yes  duration: ___
**IF YES,** remembers: __injury  (coming to hospital)

**ROS**  __vomiting  (headache) __neck pain

**PAST HX** (negative)

Meds- __none / __see nurses note
Allergies- __NKDA / __see nurses note
☑ Nursing Assessment Reviewed ☑ Vitals Reviewed ☑ Tetanus immun. UTD

## PHYSICAL EXAM  (Alert __Lethargic
_Distress-_ __NAD __mild __moderate __severe
_Other-_ __c-collar ( PTA / in ED ) __back-board __IV __splint

**HEAD**

**NECK**
__non-tender  __see diagram___
__painless ROM  __vertebral point-tenderness___

**EYES**
__lids / conjunctivae  __periorbital hematoma___
__normal  __subconjunctival hemorrhage___
__PERRL  __foreign body___
__EOMI  __corneal abrasion___
  __hyphema___
  __retinal detachment___
  __unequal pupils___
  R pupil ___mm  L pupil ___mm
  ___
  ___

**ENT**  __hemotympanum___
__normal external  __nasal septal hematoma___
__pharynx nml  __TM obscured by wax___
__no injury to teeth  __clotted nasal blood___
 lips or gums  __dental injury___
  __dental malocclusion___
  ___

T=Tenderness  PtT=Point Tenderness  S=Swelling  E=Ecchymosis  B=Burn
C=Contusion  Lac=Laceration  A=Abrasion  M=Muscle spasm
PW=puncture wound  (∅= without  m=mild  mod=moderate  sv=severe)
Example: Tsv = Tenderness on palpation (severe)

DAVIS,KERWIN LEARNED
D00099618092 D000102059
M/44    06/28/59
Walters,William Scot

**NEURO / PSYCH**
- oriented x3 | __slow / disoriented__
- mood / affect nml | __confused / obtunded__
- no sensory / motor | __weakness / sensory loss__
- deficit | __facial droop / EOM palsy / anisocoria__
- CN's intact as tested
  - __abnormal gait__
    - *antalgic   ataxic*

**CHEST**
- non tender

**ABDOMEN**
- non tender

**EXTREMITIES**
- non tender



## XRAYS  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/ radiologist

**C-Spine**
- nml / NAD | __reversal / straightening of cerv. lordosis__
- no fracture | __DJD / spondylosis / spurring__
- nml alignment
- soft tissues nml

**Facial Series**
- nml / NAD | soft-tissue swelling
- no fracture | __max. sinus opacification / air-fluid level__
- soft tissues nml
- sinuses nml

**Other**  ☐ See separate report

## CT SCAN  (Head)
- normal  *Dr. Temberlin*

## PROCEDURES and PROGRESS:

---

### Wound Description / Repair
length __7__ cm   location __(B) side / face__
- superficial | linear | stellate | contused tissue
- SQ | *irregular | through-and-through
- muscle | flap | lip laceration
- clean | contaminated *minimally / moderately / *heavily
- distal NV: neurovascular status intact
- anesthesia: local   LET / TAC ___ cc
  - lidoc 1% / 2%  epi / bicarb | marcaine .25% / .5%
- prep:
  - Betadine | __debrided__
  - irrigated / washed w/ saline | minimal / mod. / *extensive
    - minimal / mod. / *extensive | undermined
    - | minimal / mod. / *extensive
  - wound explored | wound margins revised
  - foreign material removed | *vermilion border aligned
    - partially  completely | multiple flaps aligned
    - minimal / mod. / *extensive
- repair:  Wound closed with:  wound adhesive / Dermabond / steri-strips
  - SKIN- # _____ -0 nylon / prolene / staples / silk / ethilon
  - SUBCU- # _____ -0 vicryl / chromic

*may indicate intermediate repair  *may indicate intermediate or complex repair

Time _____  __unchanged  __improved  __re-examined

| 13 | 16 / 285 | 191 / 104 | 84 | < 113 |
| | | 3.7 / 29 | 1.2 | → EKG - Sinus Tach |
| / 46 | CK - 582 | | | |
| | CKMB - 1.4 | | | |
| | TROPI - 0.09 | | | |

Rx given _____
Discussed with Dr. *McCarCan*
will see patient in:  office / ED / hospital

## CLINICAL IMPRESSION:

| Contusion Hematoma | Laceration | Concussion |
|---|---|---|
| head | scalp   lip | with LOC |
| facial | forehead   buccal | without LOC |
| nose | facial   chin | **Acute Cervical** |
| chin | periorbital   ear | **Myofascial Strain** |
| mouth | nose | |

— *Hypertensive Emergency*

CONDITION-  ☑ stable  ☐ improved  ☐ unchanged _____
DISPOSITION-  ☐ home  ☑ admitted  ☐ transferred _____
Time _____

☑ Nursing assessment reviewed

_____ PA

_____ MD

☑ Template Complete

# Andalusia Regional Hospital — EMERGENCY ENCOUNTER RECORD

| Patient | Unit # | Status | Triage Time | Account # |
|---|---|---|---|---|
| DAVIS, KERWIN LEARNED | D000102059 | PRE ER | 07/03/03/0004 | D00099618092 |

DOB 06/28/59 Age 44 Sex M
Emergency Physician: Walters, William Scott

Reason For Visit: JAW PAIN, RT LEG PAIN

Triage Chief Complaint:

MOA: LAW
Accompanied By: _____
Police NOtified [ ]
Animal Control [ ]

ALLERGIES: No Known Drug Allergies, No Known Food Allergies, No Known Contrast Allergies, No Known Other Allergies

VS: T 96.8  P 104  R 20  B/P 195/119  Wt: 200
Spo2 on O2 _____  Spo2 on RM 98 _
Family Doctor: NONE
Tet Hx: UTD

## DIAGNOSTIC STUDIES / IMAGING

[ ] Chest _____ VIEW
[ ] Port Chest
[ ] Abd Series (F&E)
[ ] Abd AP/KUB
[ ] _____ View
[ ] Skull _____ View
[ ] Facial _____ View
[ ] Sinus _____ View
[ ] _____ View

**SPINE**
[ ] Cervical __1V ___ AP/LAT ___ Complete
[ ] Thoracic __1V ___ AP/LAT/SWIM
[ ] Lumber __1V ___ AP/LAT ___ Complete

**EXTREMITY**
[ ] Shoulder __1V ___ Complete  Other: _____
[ ] Elbow __1V ___ Complete  _____
[ ] Wrist __2V ___ Complete  _____
[ ] Hand __2V ___ Complete
[ ] Foot __2V ___ Complete
[ ] Ankle __2V ___ Complete
[ ] Hip __1V ___ Complete
[ ] Femur __1V ___ Complete

**DIGITS** Hand LH _____ RH _____
Foot LF _____ RF _____

[ ] dT 0.5cc Lot NO. _____    [ ] Exp. _____

(CT / HEAD)
Contrast: [ ] w/o
[ ] w/o  [ ] w/ &w/o

[ ] Cardiac EKG, CHEST(port), Cardiac Enzymes
   CBC, CHEM12, CK
[ ] CBC
[ ] Basic Metabolic
[ ] Chem 12
[ ] CC Urine  [ ] Cath Ua
[ ] Lytes
[ ] PT
[ ] PTT
[ ] Amylase
[ ] Qual. HCG
[ ] Quick Strep
[ ] Wet Prep

[ ] _____
[ ] Culture
Other: UDS

[ ] Old Records
[ ] EKG
[ ] ABG
[ ] Monitor
[ ] Aerosol

[ ] O2 Sat _____
[ ] GC
[ ] Chlam
[ ] Gram Stain

Cardiac ENX

## Meds/ Treatment/ Dose/ IVS | Route | Initial | Time

Clonidine 0.2 mg po  JM 0020
Lopressor 5 mg IVP  JM 0220
Geodon 50 mg + Phenergan 25 mg IVP  JM 0340
HL # 22 RT forearm  JM 0315
Apresoline 10 mg IVP  JM 0415
Ativan 2 gm IVP  JM 0520

## Physicians Discharge Instructions
Catapres 0.2 mg P.O.  JM 0600

Physician Signature (signature)    Departure Time:



# EXHIBIT

# D

```
CRO372                 ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: DC 2003 001454.00
OPER: PEH                      CASE ACTION SUMMARY               RUN DATE: 07/09/2003
PAGE:   1                        DISTRICT  CRIMINAL
================================================================================
                                                                        JUDGE: FLM
IN THE DISTRICT COURT OF COVINGTON

STATE  OF  ALABAMA              VS       DAVIS KERWIN LEARNED
                                         5600 NW 9TH AVENUE
CASE: DC 2003 001454.00                  FT LAUDERDALE , FL  33309 0000

DOB: 06/28/1959        SEX: M  RACE: B  HT: 5 08  WT: 200   HR: BLK EYES: BRO
SSN: 129486564  ALIAS NAMES:
================================================================================
CHARGE01: RESISTING ARREST       CODE01: REST  LIT: RESISTING ARRE TYP: M #: 001
OFFENSE DATE: 07/02/2003                 AGENCY/OFFICER: AST2100

DATE WAR/CAP ISS:                    DATE ARRESTED: 07/02/2003
DATE     INDICTED:                   DATE     FILED: 07/09/2003
DATE     RELEASED:                   DATE   HEARING:
BOND       AMOUNT:       $500.00 P   SURETIES:

DATE 1:            DESC:             TIME: 0000
DATE 2:            DESC:             TIME: 0000

TRACKING NOS: WR 2003 000746 00  /                        /

  DEF/ATY:                            TYPE:                        TYPE:

                        00000                    00000

PROSECUTOR: LOGGINS EUGENIA L
================================================================================
                                                              GRAND JURY: 399
OTH CSE: WR200300074600 CHK/TICKET NO:
COURT REPORTER:                   SID NO:       000000000        OPER: PEH
DEF STATUS: JAIL                  DEMAND:
================================================================================
DATE          ACTIONS,  JUDGEMENTS,  AND  NOTES
================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 7/7/2003 | Order Increasing Bonds  /s/FLM |
| 7/7/2003 | Order Reducing Bonds  /s/FLM |
| 7/7/2003 | Amended Order /s/FLM |
| 7/8/2003 | Amended Order /s/FLM |
| 7-28-03 | Motion to Dismiss |
| 9/2/02 | Motion to Dismiss denied Z Cod |

EXHIBIT #2

CASE: DC 2003 001455.00

CASE ACTION SUMMARY
DISTRICT CRIMINAL

RUN DATE: 07/09/2003

CRO372
OPER: PEH
PAGE: 1

JUDGE: FLM

THE DISTRICT COURT OF COVINGTON

VS

DAVIS KERWIN LEARNED
5600 NW 9TH AVENUE

STATE OF ALABAMA

FT LAUDERDALE, FL 33309 0000

CASE: DC 2003 001455.00

HR: BLK EYES: BRO

SEX: M RACE: B HT: 5 08 WT: 200

DOB: 06/28/1959
SSN: 129486564 ALIAS NAMES:

CHARGE01: ATTEMPT - ASSAULT 2N CODE01: ASS2A LIT: ATTEMPT - ASSA TYP: M #: 001
OFFENSE DATE: 07/02/2003                     AGENCY/OFFICER: AST2100

DATE ARRESTED: 07/02/2003
DATE WAR/CAP ISS:                            DATE FILED: 07/09/2003
DATE INDICTED:                               DATE HEARING:
DATE RELEASED:                               SURETIES:
BOND AMOUNT:        $300.00 P

DATE 1:         DESC:                        TIME: 0000
DATE 2:         DESC:                        TIME: 0000

TRACKING NOS: WR 2003 000747 00  /          TYPE:                        TYPE:

DEF/ATY:

00000                                        00000

PROSECUTOR: LOGGINS EUGENIA L

GRAND JURY: 400

OTH CSE: WR200300074700 CHK/TICKET NO:        000000000              OPER: PEH
COURT REPORTER:                 SID NO:
DEF STATUS: JAIL                DEMAND:

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 7/7/2003 | Order Increasing Bonds /s/FLM |
| 7/7/2003 | Order Reducing Bonds /s/FLM |
| 7/7/2003 | Amended Order /s/FLM |
| 7/8/2003 | Amended Order /s/FLM |
| 7-28-03 | Motion to Dismiss |
| 9/2/03 | Denied E. Loggins |

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

$01.520
10/14/2005
Mailed From 33825
US POSTAGE

IMA. KERWIN DAVIS
183555 / B-1-2064
AVON PARK CORRECTIONAL INSTITUTION
P. O. BOX 1100
AVON PARK, FL 33826-1100

DISTRICT COURT CLERK
UNITED STATES COURTHOUSE
SOUTHERN DISTRICT OF ALABAMA
113 ST. JOSEPH STREET
MOBILE, ALABAMA 36602