IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KERWIN L. DAVIS, #183555, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-1211-F |
| | ) |
| BLAKE TURMAN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the reply brief filed by the plaintiff on October 18, 2005 (Court Doc. No. 3), which the court construes to contain a motion to amend in which the plaintiff seeks to name Mike Wambles and Thomas Huggins as defendants, and for good cause, it is

ORDERED that the motion to amend be and is hereby GRANTED.

Done this 5th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE