**SENDER: COMPLETE THIS SECTION**

Davis

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mike Wambles
   Alabama State Trooper Office
   Evergreen, AL 36401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): David Ikenn
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2:05CV1211 (cmplnt + on [illegible]) am [illegible]

2. Article Number (Transfer from service label)
   7005 1160 0001 2962 2970

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540