**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **KERWIN L. DAVIS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   Civil Action No.: 2:05-CV-1211 |
| | * |
| **BLAKE TURMAN,** | * |
| | * |
| **Defendant.** | * |

## NOTICE TO THE COURT

Comes now defendant Blake Turman and states the following for the record and the benefit of the Court:

1. Counsel for defendant Blake Turman recently received notice from the clerk of the entry of an Order granting leave on the part of the plaintiff to amend his original Complaint adding reserve county deputies Mike Wambles and Thomas Huggins as defendants in the above-styled case.

2. Counsel for defendant Turman also received notice from the clerk certifying receipt of certified mail receipt by defendant Turman on behalf of Wambles and Huggins.

3. It should be noted and the record should reflect that Mike Wambles and Thomas Huggins are civilian reserve county deputies for the county of Covington, Alabama, and not Alabama State Troopers or employees or agents of the Alabama Department of Public Safety.

4. It also significant to note that at no time did the Alabama Highway Patrol or defendant Trooper Blake Turman ever consent to accept service on behalf of these two non-parties.

5. The State of Alabama, Department of Public Safety, and Alabama State Troopers and thus the below signed counsel are not responsible for and do not represent either Mike Wambles or Thomas Huggins and have never been authorized to nor directed to accept service of any kind of legal process on their behalf.

Respectfully submitted,

/s Neal P. Conner_____
ASB-2024-N56N
nconner@dps.state.al.us
Attorney for Defendant
Department of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511
(334) 242-4392
(334) 242-0894 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Kerwin L. Davis
Avon Park Correctional Institute
P. O. Box 1100
Avon Park, Florida 33826-1100

s/ Neal P. Conner_____