IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KERWIN L. DAVIS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *     Civil Action No.: 2:05-CV-1211 |
| | * |
| **BLAKE TURMAN,** | * |
| | * |
| Defendant. | * |

**DEFENDANT BLAKE TURMAN'S
ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Comes now defendant Blake Turman and for his answer to the document that has heretofore been filed by the plaintiff and now characterized by the Court as "Plaintiff's Amended Complaint" says the following:

1. Defendant hereby reaffirms and reasserts his previously filed Answer to pro se plaintiff's original Complaint in this lawsuit and incorporates the same herein by reference as if fully restated herein.

2. A careful reading of "Plaintiff's Reply to Defendant's Answer" which is now being characterized as "Plaintiff's Amended Complaint", does not appear to assert any new and thus previously unanswered claims by the plaintiff against this defendant.

3. However to the extent that plaintiff's "speaking document" constitutes an attempt by him to raise or assert any new or additional claims defendant Turman would assert again his previously referenced Answer, including all affirmative defenses as raised by this defendant.

4. Blake Turman would also assert the defense that any new claims or causes of action attempted to be asserted by this defendant are barred by the statute of limitations.

5. This defendant would state for the record that plaintiff's assertion of what appears to be an attempt on his part to add reserve county deputy sheriffs Mike Wambles and Thomas Huggins as defendants contain no claims or causes of action against defendant Turman and thus require no answer by this defendant.

6. Defendant Blake Turman hereby asserts again the general denial thus denying each and every material allegation which may be asserted in plaintiff's Amended Complaint as well as his original Complaint and demands strict proof thereof.

Respectfully submitted,

/s Neal P. Conner_____
ASB-2024-N56N
nconner@dps.state.al.us
Attorney for Defendant
Department of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511
(334) 242-4392
(334) 242-0894 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Kerwin L. Davis
Avon Park Correctional Institute
P. O. Box 1100
Avon Park, Florida 33826-1100

                                                   s/ Neal P. Conner_____