IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KERWIN L. DAVIS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   Civil Action No.: 2:05-CV-1211 |
| | * |
| **BLAKE TURMAN,** | * |
| | * |
| Defendant. | * |

**DEFENDANT'S MOTION FOR LEAVE TO TAKE
DEPOSITION OF INCARCERATED PLAINTIFF
PURSUANT TO RULE 30(a)(2) FRCP**

1. Comes now defendant State Trooper Blake Turman and moves this Court, pursuant to Rule 30(a)(2), FRCP, for leave to arrange and to take the deposition of pro se plaintiff Kerwin L. Davis.

2. This pro se plaintiff is currently incarcerated in the federal penitentiary located at Avon Park, Florida serving a life sentence for drug trafficking.

3. The Court has recently issued an Order requiring that a "Special Report", as required in the case of pro se parties, shall be filed with this Court no later than February 14, 2006.

4. Rule 30(a)(2), FRCP, requires that leave must be granted before taking the deposition of any party or witness who is incarcerated. The taking this pro se plaintiff's deposition, is consistent with Rule 26(b)(2) as required by Rule 30(a)(2), and is absolutely necessary for the defendant to prepare his case and to be able to file the Court ordered "Special Report" within the time frame ordered by the Court.

5. Time is of the essence in this matter.

        Respectfully submitted,

        /s Neal P. Conner_____
        ASB-2024-N56N
        nconner@dps.state.al.us
        Attorney for Defendant
        Department of Public Safety
        Legal Unit
        P.O. Box 1511
        Montgomery, Alabama 36102-1511
        (334) 242-4392
        (334) 242-0894 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Kerwin L. Davis
Avon Park Correctional Institute
P. O. Box 1100
Avon Park, Florida 33826-1100

        s/ Neal P. Conner_____