IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KERWIN L. DAVIS, #183555, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-1211-MEF |
| | ) | |
| BLAKE TURMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the motion for leave to take deposition of incarcerated person filed by defendant Turman on January 13, 2006 (Court Doc. No. 11), and for good cause, it is

ORDERED that on or before January 23, 2006 defendant Turman shall file a supplement to this motion which advises the court of the date, time, place and method of recording for the proposed deposition. *See* Rule 30(b)(1) and (b)(2), *Federal Rules of Civil Procedure*.

Done this    13TH Day of January, 2006.


/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE