IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KERWIN L. DAVIS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Action No.: 2:05-CV-1211-MKW |
| | * |
| **BLAKE TURMAN,** | * |
| | * |
| Defendant. | * |

**DEFENDANT'S SUPPLEMENT TO HIS PREVIOUSLY
FILED MOTION FOR LEAVE OF COURT**

Comes now defendant Blake Turman by the counsel and files this his supplement to his heretofore filed Motion for Leave of Court to take the deposition of an incarcerated person and would add the additional information as follows:

1. The deposition of plaintiff Kerwin L. Davis who is incarcerated in the Avon Park Correctional Institution in Avon Park, Florida, will be taken on the premises of the Avon Park Correctional Institute in front of a certified stenographer/court reporter on February 8 and February 9, 2006 with February 15 and February 16, 2006 being designated "backup days".

2. Defendant reaffirms his previously filed Motion for Leave of Court as if fully restated herein and asserts again that justice dictates that this defendant be granted leave to depose the plaintiff in this case and that plaintiff cannot possibly be prejudiced in any way.

Respectfully submitted,

/s Neal P. Conner_____
ASB-2024-N56N
nconner@dps.state.al.us
Attorney for Defendant
Department of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511
(334) 242-4392
(334) 242-0894 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Kerwin L. Davis
Avon Park Correctional Institute
P. O. Box 1100
Avon Park, Florida 33826-1100

s/ Neal P. Conner_____