IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KERWIN L. DAVIS, #183555,       )
       )
    Plaintiff,       )
       )
    v.       )       2:05-CV-1211-MEF
       )
BLAKE TURMAN, et al.,       )
       )
    Defendants.       )

**ORDER ON MOTION**

Upon review of the motion for leave to take deposition of incarcerated person filed by defendant Turman on January 13, 2006 (Court Doc. No. 11), and the supplement thereto filed on January 18, 2006 (Court Doc. No. 15), it is

ORDERED that the motion to take deposition be and is hereby GRANTED. Accordingly, the plaintiff is DIRECTED to submit to deposition on  February 8, 2006 and February 9, 2006 at the Avon Park Correctional Institution in Avon Park, Florida.  The plaintiff is *cautioned* that if he fails to comply with this order such failure may result in the dismissal of this case or other penalties.

It is further

ORDERED that the defendant shall provide to the plaintiff copies of any documents produced at the hereinabove described deposition.  Additionally, if the date(s) designated in this order are not the actual date(s) on which the plaintiff's deposition will be taken, the

defendants shall so advise the court.

      Done this    18th day of January, 2006.


                **/s/ Delores R. Boyd**
                DELORES R. BOYD
                UNITED STATES MAGISTRATE JUDGE