IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KERWIN L. DAVIS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Action No.: 2:05-CV-1211-MKW |
| | * |
| **BLAKE TURMAN,** | * |
| | * |
| Defendant. | * |

**DEFENDANT'S MOTION TO EXTEND
TIME TO FILE SPECIAL REPORT**

Comes now defendant Blake Turman and files this his Motion to Extend the Time previously set to file his "Special Report" and to also request permission of the Court to be permitted additional time to discover the whereabouts of the plaintiff and to reset Court ordered deposition of the plaintiff, and as grounds therefore shows the Court the following:

1. This case is a 1983 pro se complaint filed by prison inmate Kerwin L. Davis against Alabama State Trooper Blake Turman.

2. The Court has previously set a forty day deadline for this defendant to file a "Special Report".

3. Pursuant to law, this defendant has asked for and been granted leave of the Court to take the deposition of the pro se plaintiff who was believed to be an inmate in the Avon Park Correctional Institution on Avon Park, Florida.

4. Since then, the Court has added two additional defendants to this case, which two defendants are not employees of the Alabama Department of Public Safety and are not represented by this counsel.

5. Further, in attempting to confirm arrangements for deposing the plaintiff in the Avon Park Correctional Institution, it has now been discovered that the plaintiff was released from Avon Park Correctional Institution in November of 2005 and as of this date, the defendant has not been able to locate the whereabouts of the plaintiff.

Wherefore, based on the above, this defendant would show the Court that justice would require that the previously mandated deadline for filing of the Special Report and the taking of deposition are impossible to conclude at this time and that justice requires that the Court extend the time for the completion of the plaintiff's deposition and then the filing of the Special Report to a yet to be determined time in the future pending the discovery of the location of the plaintiff, if possible.

Respectfully submitted,

/s Neal P. Conner_____
ASB-2024-N56N
nconner@dps.state.al.us
Attorney for Defendant
Department of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511
(334) 242-4392
(334) 242-0894 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Kerwin L. Davis
Avon Park Correctional Institute
P. O. Box 1100
Avon Park, Florida 33826-1100

s/ Neal P. Conner_____