IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KERWIN L. DAVIS, #183555, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1211-WKW |
| | ) |
| BLAKE TURMAN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The court has determined that the plaintiff is no longer at the address he provided for service. This case cannot properly proceed if the whereabouts of the plaintiff remain unknown to the court and the defendants. Accordingly, it is

ORDERED that on or before February 9, 2006 the plaintiff shall provide the court and the defendants with his current address.

The plaintiff is specifically cautioned that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 30th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE