IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KERWIN L. DAVIS, #183555, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   2:05-CV-1211-WKW |
| | ) |
| BLAKE TURMAN, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Turman on January 27, 2006 (Court Doc. No. 17), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that defendant Turman be granted an extension from February 14, 2006 to and including March 14, 2006 to file his special report.

Done this 30th day of January, 2006.

 

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE