IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KERWIN L. DAVIS, #183555, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1211-F |
| | ) |
| BLAKE TURMAN, et al., | ) |
| | ) |
| Defendants | ) |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS MIKE WAMBLES AND THOMAS HUGGHINS

Come now the Defendants Mike Wambles and Thomas Hugghins, through counsel, and in answer and response to the Complaint filed against them in this action, plead as follows:

Defendants deny all material averments and allegations contained in the Plaintiff's Complaint and demand strict proof thereof.

### DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against these Defendants upon which relief can be granted.

### SECOND DEFENSE

Defendants plead the general issue.

### THIRD DEFENSE

Defendants plead insufficiency of service of process.

### FOURTH DEFENSE

Defendants plead the applicable statute of limitations as a bar to this action.

### FIFTH DEFENSE

Defendants deny that the Plaintiff was injured or damaged to the nature and extent claimed and contests damages.

### SIXTH DEFENSE

Defendants plead immunity from such actions as granted to them under the laws of the State of Alabama.

### SEVENTH DEFENSE

Defendants aver that the Complaint fails to state a claim upon which punitive damages may be awarded to Plaintiff.

### EIGHTH DEFENSE

Defendants deny that they have been guilty of any conduct which entitles Plaintiff to recover punitive damages.

### NINTH DEFENSE

Defendants aver that any award of punitive damages to Plaintiff in this case would be violative of the constitutional safeguards provided to the Defendants under the Constitution of the State of Alabama and the Constitution of the United States.

### TENTH DEFENSE

Defendants aver that any award of punitive damages to Plaintiff in this case will be violative of the constitutional safeguards provided to the Defendants under the Due

Process Clause of the Fourteenth Amendment to the Constitution of the United States in that punitive damages are vague and are not rationally related to legitimate government interests.

### ELEVENTH DEFENSE

Defendants aver that any award of punitive damages to Plaintiff in this case will be violative of the procedural safeguards provided to the Defendant under the Sixth Amendment to the Constitution of the United States in that punitive damages are penal in nature and consequently, Defendants are entitled to the same procedural safeguards accorded to criminal defendants.

### TWELFTH DEFENSE

It is violative of the self-incrimination clause of the Fifth Amendment to the Constitution of the United States of America to impose against the Defendants punitive damages, which are penal in nature, yet compel the Defendants to disclose potentially incriminating documents and evidence.

### THIRTEENTH DEFENSE

It is violative of the self-incrimination clause of Article I, Section 6 of the Constitution of the State of Alabama to impose against the Defendants punitive damages, which are penal in nature, yet compel the Defendants to disclose potentially incriminating documents and evidence.

### FOURTEENTH DEFENSE

Plaintiff's claim of punitive damages violates the Fourth, Fifth, Sixth, Eighth and

Fourteenth Amendments of the Constitution of the United States, on the following grounds:

    (a)    It is a violation of the Due Process and Equal Protection Clauses of the Fourteenth Amendment of the United States Constitution to impose punitive damages, which are penal in nature, against a civil defendant upon the Plaintiff satisfying a burden of proof which is less than the "beyond a reasonable doubt" burden of proof required in criminal cases;

    (b)    The procedures pursuant to which punitive damages are awarded fail to provide a reasonable limit on the amount of the award against defendants, which thereby violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution;

    (c)    The procedures pursuant to which punitive damages are awarded fail to provide specific standards for the amount of the award of punitive damages which thereby violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution;

    (d)    The procedures pursuant to which punitive damages are awarded result in the imposition of different penalties for the same or similar acts and, thus, violate the Equal Protection Clause of the Fourteenth Amendment of the Untied States Constitution; and

    (e)    The procedures pursuant to which punitive damages are awarded permit the imposition of punitive damages in excess of the maximum criminal fine for the same or similar conduct, which thereby infringes upon defendant's rights under the Due

Process Clause of the Fifth and Fourteenth Amendments and the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution.

### FIFTEENTH DEFENSE

The award of punitive damages to the Plaintiff in this action would constitute a deprivation of property without due process of law required under the Fifth and Fourteenth Amendments of the United States Constitution.

Defendants reserve their right to amend their answer and add defenses as they become known to them through discovery.

Respectfully Submitted,

_____
GARY L. WEAVER   ASB 6874-V75G
Attorney for Mike Wambles
and Thomas Hugghins

**OF COUNSEL:**

**The Law Office Of Earl H. Lawson, Jr.**
3000 Riverchase Galleria
Suite 610
Birmingham, Alabama 35244
Main Line: (205) 402-9598
Fax Line: (205) 402-0687

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, I electronically filed with the Clerk of Court using CM/EFC system which will send notification of such filing to _____. I further certify that I placed a copy of the foregoing pleading in the United States mail, first class postage prepaid and properly addressed to the following Non CM/ECP participants:

Kerwin L. Davis, #183555

                                                  s/ Gary L. Weaver
                                                  Attorney for Mike Wambles and Thomas Hugghins
                                                  THE LAW OFFICE OF EARL LAWSON, JR.
                                                  3000 Riverchase Galleria Towers
                                                  Suite 610
                                                  Birmingham, Alabama  35244
                                                  Tel:  205-402-9598
                                                  Fax:  205-402-0697
                                                  Email: gary.weaver@libertymutual.com