IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KERWIN L. DAVIS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Action No.: 2:05-CV-1211-MKW |
| | * |
| **BLAKE TURMAN,** | * |
| | * |
| Defendant. | * |

**DEFENDANT'S MOTION TO DISMISS**
**COMPLAINT FOR FAILURE TO PROSECUTE**

Comes now defendant Alabama State Trooper Blake Turman by and through counsel and moves this Court to dismiss this pro se complaint for lack of prosecution and support thereof would show the Court the following:

1. This pro se complaint was filed by plaintiff Kerwin Davis while incarcerated in the State of Florida.

2. After original filing of the Complaint, the plaintiff was apparently transferred to another penal institution and identified by the plaintiff as being the Avon Park Correctional Institution in Avon Park, Florida.

3. After defendant received leave of the Court to arrange to depose this prison inmate plaintiff, it was then learned that the plaintiff was released from Avon Park Correctional Institution as long ago as November, 2005 and there is no known contact information for him.

4. The plaintiff has not responded to any of defendant's motions, including those wherein the defendant makes note to the Court of the unknown whereabouts of the plaintiff.

5. It is now impossible for the defendant to proceed with the defense of this case due to the absence of the plaintiff.

6. It is not the responsibility of the defendant to track down or to have to attempt to locate the whereabouts of the plaintiff in order for the defendant to proceed with the defense of his case.

7. This Court, on its own motion, recently advised the plaintiff at his last known address that if the plaintiff did not advise the Court and defendant of his current address by February 9, 2006, that the Court would entertain a motion to dismiss plaintiff's case.

8. On February 14, 2006, this Court entered an Order giving the Plaintiff until February 27, 2006 to file his objections to the Court's recommendation that this case be dismissed for lack of prosecution.

9. On February 27, 2006, the Magistrate Judge entered a notion to the record that no response had been filed.

WHEREFORE, defendant moves that this Court dismiss plaintiff's Complaint with prejudice for lack of prosecution on the part of the plaintiff.

Respectfully submitted,

/s Neal P. Conner_____
ASB-2024-N56N
nconner@dps.state.al.us
Attorney for Defendant
Department of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511
(334) 242-4392
(334) 242-0894 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Kerwin L. Davis
Avon Park Correctional Institute
P. O. Box 1100
Avon Park, Florida 33826-1100

s/ Neal P. Conner_____