IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KERWIN L. DAVIS, #183555, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-1211-F |
| | ) |
| BLAKE TURMAN, et al., | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

On March 2, 2006, counsel for defendant Turman erroneously e-filed a motion to dismiss. This motion is not properly before the court as it was submitted without permission of the court. *See Order of January 5, 2006 - Court Doc. No. 7* at 2 ("No . . . motion to dismiss . . . [may] be filed by any party without permission of the court."). The aforementioned order further directed that "[i]f any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court [without the requisite permission having been granted], the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court." *Id*. Accordingly, it is

ORDERED that the motion to dismiss received from defendant Turman on March 2, 2006 be stricken from the docket.

DONE, this 3rd day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE