IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KERWIN L. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-CV-1211-WKW- |
| | )   DRB (WO) |
| BLAKE TURMAN, et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

On February 14, 2006, the Magistrate Judge filed a Recommendation (Doc. # 20) in this case. The plaintiff did not file an objection.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 20) is ADOPTED with the notation that the plaintiff in this matter is Kerwin Davis.

2. The plaintiff's action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 13th day of March, 2006.

　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE