Mr. Kerwin L. Davis
290 Hillcrest Drive
Andalusia, AL 36420

Office of the Clerk
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711