4/13/06

CLERK OF THE COURT          RECEIVED
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA    2006 APR 17 A 10:02
P.O. BOX 711
MONTGOMERY, ALABAMA  36101-0711


MR. KERWIN L. DAVIS                    2:05CV1211-WKW
290 HILLCREST DRIVE
ANDALUSIA, AL  36420


RE: 1) INFORMATION PURSUANT TO THE STATUS
       OF CIVIL CASE # 05-0479-WS-B
    2) REQUEST FOR APPOINTMENT FOR COUNSEL


DEAR CLERK OF THE COURT
    I WAS INFORMED BY THE UNITED STATES DISTRICT COURT JUDGE FOR THE SOUTHERN DISTRICT OF ALABAMA, THE HONORABLE WILLIAM H. STEELE, THAT MY CIVIL CASE # 05-0479 HAS BEEN TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA. (SEE ATTACHED EXHIBIT # A).
    I COMPLETED MY SENTENCE IN THE STATE

1

OF FLORIDA ON NOVEMBER 1ST, 2005, FROM AVON PARK CORRECTIONAL INSTITUTION. THAT DAY, I WAS TRANSPORTED TO THE POLK COUNTY JAIL IN BARTOW, FLORIDA, TO AWAIT EXTRADITION PROCEEDINGS. I WAS UNABLE TO OBTAIN MY LEGAL DOCUMENTS FROM MY PROPERTY, BECAUSE I WAS TRANSPORTED TO ANOTHER FACILITY OWNED AND OPERATED BY POLK COUNTY SHERIFFS DEPARTMENT (SOUTH COUNTY JAIL) WHICH IS LOCATED IN FROOSTPROOF, FLORIDA ABOUT THIRTY (30) MINUTES AWAY.

I REMAINED AT THE SOUTH COUNTY FACILITY UNTIL FEBRUARY 17TH, 2006, WHEN I WAS TRANSPORTED (EXTRADITED) TO THE STATE OF ALABAMA. TRANSPORTATION CORPORATION OF AMERICA (TRANSCORP) HAS A POLICY WHICH STIPULATES THAT YOU CAN ONLY CARRY 10 POUNDS OF PROPERTY WITH YOU ON THE BUS. MY LEGAL WORK WAS MAILED BY THEM TO MY RESIDENCE IN ALABAMA. THAT EXPLAINS WHY I WAS UNABLE TO CORRESPOND WITH THE COURTS BECAUSE I DID NOT HAVE THE ADDRESS IN MY POSSESSION.

1) MY POSITION AT THIS TIME IS THAT I WOULD PLEASE LIKE TO KNOW THE CURRENT STATUS OF MY PENDING CIVIL ACTION-

2) I WOULD PLEASE LIKE TO REQUEST TO THIS HONORABLE COURT THAT I BE APPOINTED COUNSEL TO REPRESENT ME IN THIS PENDING CIVIL ACTION.

THANK YOU VERY MUCH FOR YOUR PATIENCE, TIME, AND CONCERN.

RESPECTFULLY

*Kevin L. Davis*