EXHIBIT #(A)

Kerwin L. Davis #183555
Covington County Jail

290 Hillcrest Dr.
Andalusia, AL 36420

---

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

By July 1, 2004:   ALL COUNSEL MUST REGISTER FOR ELECTRONIC SERVICE OF DOCUMENTS

By September 1, 2004:   ELECTRONIC FILING WILL BE MANDATORY

To register, please visit http://www.alsd.uscourts.gov.
 You may also call 251-690-2371.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KERWIN L. DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION 05-0479-WS-B |
| BLAKE TUMAN, | ) ) ) |
| Defendant. | ) ) |

## ORDER

On April 7, 2006, plaintiff Kerwin L. Davis, a *pro se* litigant who is presently incarcerated at the Covington County Jail in Andalusia, Alabama, filed a letter motion requesting appointment of counsel. Plaintiff is advised that on December 14, 2005 this action was transferred to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 1406(a). (*See* doc. 5.) A copy of the transfer order was mailed to plaintiff at the Avon Park Correctional Institution address that Davis had provided as his address of record. Plaintiff's most recent filing suggests that he is unaware of that development because he failed to keep this District Court apprised of his current mailing address. The Clerk's Office is directed to mail a copy of the transfer order to Davis at his newly provided address.

Because this case was transferred to a different federal court four months ago, this Court is unable to consider the merits of plaintiff's request. That request is **moot** insofar as this District Court is concerned. Should plaintiff wish to pursue this matter further, he should contact the Clerk of Court for the United States District Court for the Middle District of Alabama.

DONE and ORDERED this 11th day of April, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

```
MIME-Version:1.0
From:efile_information@alsd.uscourts.gov
To:efile_notice@alsd1.alsd.uscourts.gov
Message-Id:<509552@alsd.uscourts.gov>
Bcc:efile_bivins@alsd.uscourts.gov,efile_steele@alsd.uscourts.gov,nconner@dps.state.al.us,tfogarty@dps.state.al.us
```

Subject:Activity in Case 1:05-cv-00479-WS-B Davis v. Turman "Order on Motion to Appoint Counsel"
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.U.S. District Court
Southern District of Alabama - District Version 2.5

Notice of Electronic Filing
The following transaction was entered on 4/11/2006 at 11:22 AM CDT and filed on 4/11/2006

Case Name: Davis v. Turman
Case Number: 1:05-cv-479 http://ecf.alsd.uscourts.gov/cgi-bin/DktRpt.pl?37122
WARNING: CASE CLOSED on 12/14/2005

Document Number: 7
Copy the URL address from the line below into the location bar of your Web browser to view the document:
http://ecf.alsd.uscourts.gov/cgi-bin/show_case_doc?7,37122,,MAGIC,,,34

Docket Text:
ORDER finding as moot the [6] Motion to Appoint Counsel. Because this case was transferred to the United States District Court for the Middle District of Alabama four months ago, this Court is unable to consider the merits of plaintiff&#039;s request. Should plaintiff wish to pursue this matter further, h contact the Clerk of Court for the United States District Court for the Middle District of Alabama. Signed by Judge William H. Steele on 4/11/06. Copy mailed t plaintiff at the Covington County Jail. (tgw)

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1026491878 [Date=4/11/2006] [FileNumber=509551-0]
[9a6fa7d9d6aab52c40af0b9067f3a32f23d574a4b76270848eb8360a7ee2b432726a9d7015a655d
4c36c606cca79f6171d218986ecaa4699f522a48cefde3ccd]]


1:05-cv-479 Notice will be electronically mailed to:
Neal Presley Conner nconner@dps.state.al.us, tfogarty@dps.state.al.us


1:05-cv-479 Notice will be delivered by other means to:
Kerwin L. Davis
&#035;183555
Covington County Jail
290 Hillcrest Dr.
Andalusia, AL 36420