IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KERWIN L. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1211-WKW |
| | ) |
| BLAKE TURMAN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for status filed by the plaintiff on April 17, 2006 (Court Doc. No. 27), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised that the court entered a final judgment dismissing this case on March 13, 2006.

Done this  18th  day of April, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE